# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00062-CR
### NO. 03-06-00063-CR
### NO. 03-06-00064-CR
### NO. 03-06-00065-CR

**Jason Vidal, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
NOS. 00-2643, 00-2644, 995247 & 995391, HONORABLE BOB PERKINS, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

Jason Vidal was granted an out-of-time appeal from these August 2000 convictions for aggravated assault. Mr. Joel Silva, the court reporter at the trial who is now retired, has informed the Court by letter that he cannot find his notes from the trial and is therefore unable to prepare the reporter's record.

The appeal is abated. The district court shall determine whether it is possible for the lost record to be replaced by agreement of the parties. Tex. R. App. P. 34.6(f). A supplemental

record containing the court's findings and the transcription of any hearing shall be filed no later than November 17, 2006.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Filed: October 23, 2006

Do Not Publish